UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-43-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS PACHECO | ORDER |

On motion of the Defendant Jesus Pacheco, and for good cause shown, it is hereby ORDERED that the document filed at Docket Entry 40 be sealed until further notice by this Court. This document shall be filed under seal and will remain so sealed until otherwise ordered by the Court, except that copies may be provided to Counsel for the Government and Counsel for the Defendant.

IT IS SO ORDERED.

This the 22 day of October, 2020.

JAMES C. DEVER III
United States District Judge